# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, | : | No.: 4:17-CV-0570 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| PERMANENT EASEMENT FOR 1.41 ACRES AND TEMPORARY EASEMENTS FOR 1.74 ACRES IN RALPHO TOWNSHIP, NORTHUMBERLAND COUNTY, PA, TAX PARCEL NUMBER 040-00-059-014-A, 2050 READING TURNPIKE, ELYSBURG, PA 17824, A/K/A RR1, BOX 249, RALPHO TOWNSHIP, NORTHUMBERLAND COUNTY, PA, ALL UNKNOWN OWNERS, AND KEVIN BRIAN MEKOSH | : | |
| Defendants. | | |

## **ORDER**

AND NOW, this 18th day of May 2017, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED** that Plaintiff Transcontinental Gas Pipe Line Company, LLC's Motion for Partial Summary Judgment is **GRANTED**. April 14, 2017, ECF No. 5.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge